IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMARA PALOUIAN, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 09-0196 |
| | : | |
| BENSALEM TOWNSHIP, et al., | : | |
| Defendants | : | |

**O R D E R**

**AND NOW**, this  27th  day of January, 2010, it is hereby **ORDERED** that this case is DISMISSED in its entirety[1] with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Clerk of Court shall mark this case CLOSED for all purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] Co-plaintiff Jeanette Rizzo signed a consent to dismiss this action on September 5, 2009. See Document #19, Exhibit B at 1. The Clerk of Court is directed to file that document and reflect Miss Rizzo's voluntary termination in this case.